**Exhibit A to the Complaint**

**Location:** Neptune City, NJ  **IP Address:** 72.88.201.138
**Total Works Infringed:** 51  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EDAA460FA5995B02EF111997AAC1E210CA5669F6 File Hash: 0829DF93B4275DBD9530B05670C1363A5DE11847C031BCDA13AC68A958BCA495 | 07/21/2020 11:47:31 | Tushy | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 2 | Info Hash: 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD File Hash: 88AEA3DB9489D065882DCC0A2D3B45A4C0155CF0F942F137A09E67A50BD370D1 | 07/21/2020 11:44:54 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 3 | Info Hash: 761D30984BE087D527697EF02CF225B843E6F0E4 File Hash: 4F8E6822F049B12FD8184D40ECFB984253BD5DE5FAF180BD11BE372DBA70D8BB | 07/15/2020 01:03:50 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 4 | Info Hash: EA1A4CD08206ABFDE2CC91729E7A61A869FC6E87 File Hash: DBC9AA48D163CC586B5F8BD1A8338084EDF25E688F2CAFAE9EC56338C8C850D9 | 07/15/2020 01:03:20 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 5 | Info Hash: B0783D736ED41DCE735EE0A1CAD4ADA330571FB7 File Hash: 39604671B9439DB87DAD44F8A9AFFB26F0294433D4EE9922961F83E70084659D | 07/11/2020 20:08:00 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 6 | Info Hash: A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 File Hash: 0DA0A02F8E265B68005EC6FD03EEAC066D55D2074C9D040A502ED891C041C01C | 07/02/2020 11:09:04 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 7 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 07/02/2020 11:07:26 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 8 | Info Hash: 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3 File Hash: 5015B4A5FAB09074E326E9CC89F43B29F1F63336A25B87B9D3A67061C215EE06 | 07/02/2020 11:00:14 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790<br>File Hash: CA8843DC14DBC4CFFB2D7BCA9970DACE3D7D26DC624B5F1FAAA70E2FD66D2B99 | 07/01/2020 23:50:17 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 10 | Info Hash: 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8<br>File Hash: C066017535B7C091F2C4A43060E4FCAC273287C23CB26C3F48178E5B761E13DE | 07/01/2020 23:50:10 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 11 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 07/01/2020 23:47:52 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 12 | Info Hash: 09E4DD5DED8676D79433C09E76F73797D7C23802<br>File Hash: 27913E8D3B680A47B51E91359D932EFC4985BE2BA58F603609F69E1041FC55AE | 07/01/2020 23:39:54 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 13 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 07/01/2020 23:36:06 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 14 | Info Hash: EC230AAC872FB7D4EA4A619E108BF6A1A3A77D3C<br>File Hash: FD97F090DCD882B33765F8934BD67B3A2A5A13DAC68920051B426DDEE0650978 | 07/01/2020 23:35:47 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 15 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 07/01/2020 23:34:48 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 16 | Info Hash: D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash: BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 07/01/2020 23:32:29 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 17 | Info Hash: 59E3177605E126975D3EFD1D354C228B7D3751BA<br>File Hash: 4CC7CEC8471ED4699BC9D2BE0179EB88AE58A462F40C69DCE230555967CA6910 | 07/01/2020 23:31:56 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EDC117554BA9BC29EDB056B257D9948225F655F7<br>File Hash: 10A058FE6D43AC943CF5243E9974D6DF52914912EA3CA3D459BD0EA5CB7F626A | 07/01/2020 23:29:13 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 19 | Info Hash: 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5<br>File Hash: EBB63EA90C2283F68D12A15B0B49A104BE094CFD5B96CE2EC11E24CA7587B8B9 | 07/01/2020 00:36:53 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 20 | Info Hash: 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2<br>File Hash: 2E108248BED7DD0424B39FFE847FF76507A2EF9A94EB2309D104070A25608180 | 07/01/2020 00:35:44 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 21 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 07/01/2020 00:33:33 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 22 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 07/01/2020 00:32:47 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 23 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 07/01/2020 00:31:35 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 24 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 07/01/2020 00:31:32 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 25 | Info Hash: 7F54BA0D9D039851A32EF2952EE2D918DDF74E75<br>File Hash: 968CD59D03EDB6855819B6B91E9AC359A4E9BAD3A22E64333F5F8B50CE9EEEA5 | 07/01/2020 00:30:15 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 26 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 07/01/2020 00:30:14 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 42462CE40C5D57E39D232B87E3DBB07B62BA5710<br>File Hash: 84DDAB7CE514D58FF636060BBBB0EACA9075F2B9864C4715CE27A4C7B32C426E | 07/01/2020 00:23:02 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 28 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 07/01/2020 00:19:28 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 29 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 06/29/2020 22:01:45 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 30 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 06/28/2020 11:26:58 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 31 | Info Hash: 618399B973A63AD1303D268B26DA083F57719E89<br>File Hash: 7BC40B0E705595006F31A10EF854F5403A6D25DD59D7A618D3411C250A63E863 | 06/28/2020 11:20:39 | Blacked Raw | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 32 | Info Hash: 67D69A2BBE353BCF91ADBA7D6E626BCF3D5F3A88<br>File Hash: 4B267D4DF337013EFC01CBF908060050F149D9D14D35DA1C3C375B25BDAFFBB9 | 06/28/2020 11:19:50 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 33 | Info Hash: B570B3CA34427AEB49004E18B00E3463DC08B2DC<br>File Hash: 9BDC042671D4625F134162670467C6C4AFC60B9EDA01BDE4E5BF133975DF2F62 | 06/28/2020 04:08:40 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 34 | Info Hash: A4845EF2D2D337C31D0A9F755FB63A7E2A43992E<br>File Hash: 3B36E7EBCB08AFD1014DD723ACD45A74B404EF987DB5D1884904A3A80F6CB8E0 | 06/28/2020 03:42:39 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 35 | Info Hash: 0FCF9EC8D1CC9DBA65CC496092F358D2276843F1<br>File Hash: B95548B95FEFA732023812B5D76B369992F1A78BB0B0EBD03BD23D191E27A3CC | 06/28/2020 03:34:01 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4E635488CA09BDE33B28C807A7EB87A50190EBDC<br>File Hash: 08CE3BAC767E73B8CACC5EA40488B891A27934E7C4AE697B440CEA00B6B4E5E6 | 06/28/2020 03:31:44 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 37 | Info Hash: EFD6B73E8E4B83DFA7F381EA159492479034EAFE<br>File Hash: 8F78FAD6A867A0E709815F746BBBA3CD3EC4096728CB7C108224B60D65568945 | 06/28/2020 03:30:05 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 38 | Info Hash: 246AAA9C4401D4F5F3CB7E77E2D0250BD501A1DA<br>File Hash: 906A4DEAA80AB7DC31B7D101C0E5421CD70D30B3578A5166299EB47F657CB13A | 06/28/2020 03:27:59 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 39 | Info Hash: 2C7C20567F000E272AA35F0DDD3BF6D940103477<br>File Hash: BB5C42630674C02AA9F9CC36AC85C80A24080481EF82E670AF332C692493AE8E | 06/28/2020 03:26:46 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 40 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 06/28/2020 03:26:19 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 41 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 06/28/2020 03:21:38 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 42 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/22/2020 22:14:18 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 43 | Info Hash: D7CE9CCF9692128CD31E183FD1ACFE34FB628227<br>File Hash: 2E8DD3EB766C2F003D4F763642BEB362AFC243A28C519556637784D07E621F6C | 06/13/2020 21:37:16 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 44 | Info Hash: CA5CDC908938D43DBDC0822505449EE352C2A5E3<br>File Hash: C1989360CB00041C7DF61700B88E84563F906D9EA71DB8B980D38D39D17ECE05 | 05/17/2020 14:03:04 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 05/11/2020 22:34:18 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 46 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash: 029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 05/10/2020 19:11:10 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 47 | Info Hash: 0C8BEC5D5EF72077A25D55E0CA99C0279C7FCDF2<br>File Hash: 97DAE7A5B270BD72C3DC2C8F62D0025168BC6BA69C91FBF2E0E54C2DD6A1FCD5 | 05/03/2020 13:44:45 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 48 | Info Hash: FD9F9AB92752B9716BB2119D064F264C797BB67D<br>File Hash: 6804B83ED233CE1FCC3660243C33F78D4C1B8DD8B0D454765E8E0D5ACF92A690 | 04/28/2020 16:26:56 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 49 | Info Hash: E8B06C3BA41B2C0F4AFEE9CBE54E32A4A5EDB60D<br>File Hash: F4FE209E91DA87102EDAC56B9DB3A1AA23663F9BF4404B0BC0C3A64E6B6DBE95 | 04/24/2020 18:07:36 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 50 | Info Hash: 4A0ABE15C6C11BEC97FCFF00C3F40080764788A9<br>File Hash: 9B3AE3403C4CD012F163F6857B61341190090CC8B5D542F786A0F47BD1E02988 | 04/14/2020 16:24:03 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 51 | Info Hash: 4996D6270912AFA83C3A542C578E0B0867091452<br>File Hash: 769CB9324C240697A7A92895FBF301B85C97492CB5EAFB6628EB900413A25635 | 04/11/2020 19:55:03 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |